IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 22 2007
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| REYNALDO VELASQUEZ,<br>a.k.a. Juan R. Bernal<br><br>Petitioner,<br><br>v.<br><br>NATHANIEL QUARTERMAN, Director,<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division,<br><br>Respondent. | §<br>§<br>§<br>§<br>§<br>§  2:06-CV-0365<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER ADOPTING REPORT AND RECOMMENDATION and DISMISSING WRIT FOR CORAM NOBIS RELIEF

Came for consideration the Writ for Coram Nobis Relief filed by petitioner who is incarcerated by the Federal Bureau of Prisons at the Pollock prison facility in Pollock, Louisiana. On May 1, 2007, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that petitioner's Writ for Coram Nobis Relief be dismissed. As of this date, petitioner has not filed objections to the Magistrate Judge's Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the Writ for Coram Nobis Relief filed by petitioner is hereby DISMISSED.

IT IS SO ORDERED.

ENTERED this ___22nd___ day of ___May___ 2007.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE